LATTA *et al.* v. WAY *et al.*

No. 6461.    Opinion Filed October 13, 1914.

(143 Pac. 663.)

**APPEAL AND ERROR—Dismissal—Filing of Case-Made.** A case-made filed in this court, which does not show that it has been filed in the office of the clerk of the trial court, is a nullity; and where such a case-made remains in this court after the expiration of the statutory time in which to perfect an appeal, on motion the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Dewey County;*
*G. A. Brown, Judge.*

Action between B. C. Latta and others and Paul Way and another. From the judgment, the parties first mentioned bring error. Dismissed.

*D. G. Moore,* for plaintiffs in error.

*Adams & Smith,* for defendants in error.

PER CURIAM. Judgment in this cause was rendered and entered on December 19, 1913. Motion for new trial was filed and overruled on December 20, 1913. Petition in error and case-made was filed in this court May 28, 1914. The case-made bears no indorsement purporting to show that it was filed in the office of the clerk of the trial court, and for that reason this case falls within the rule stated in *Banks et al. v. Watson et al.,* 40 Okla. 450, 139 Pac. 306, and the case-made is a nullity.

The motion to dismiss is sustained.